## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE O. JOHNSON, JR.,** : | CIVIL ACTION NO. 1:08-CV-2186 |
| Petitioner : | |
| : | **(Judge Conner)** |
| v. : | |
| **FRANKLIN J. TENNIS,** *et al.*, : | |
| Respondents : | |

### ORDER

AND NOW, this 17th day of April, 2009, upon consideration of *pro se* petitioner's motion (Doc. 28) for reconsideration, filed on April 2, 2009, and it appearing that as of the date of this order, petitioner has not filed a brief in support thereof, see L.R. 7.5 (requiring that "[w]ithin ten (10) days after the filing of any motion . . . , the party filing the same shall file a brief in support of the motion"), it is hereby ORDERED that the motion (Doc. 28) for reconsideration is DEEMED withdrawn without prejudice to petitioner's right to refile it in a manner that complies with the Local Rules of Court.  See id. ("Unless otherwise ordered by the court, if supporting legal briefs are not filed within the time provided in this rule

such motion shall be deemed withdrawn."); McNeil v. United States, 508 U.S. 106, 113 (1996) "[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel.").

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge