# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE O. JOHNSON, JR.,** | : | CIVIL ACTION NO. 1:08-CV-2186 |
| Petitioner | : | |
| | : | (Judge Conner) |
| v. | : | |
| **FRANKLIN J. TENNIS,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 8th day of June, 2009, upon consideration of *pro se* petitioner's motion (Doc. 42) to strike respondents' amended motion (Doc. 26) to dismiss, wherein petitioner avers that he "has not been served any Amended Motion to Dismiss from respondents," (id. ¶ 6), and it appearing that the amended motion to dismiss was mailed to petitioner's address at SCI Rockview, (see Doc. 26 at 5), it is hereby ORDERED that:

1. Petitioner's motion (Doc. 42) to strike respondents' amended motion (Doc. 26) to dismiss is DENIED.

2. The Clerk of Court is directed to serve petitioner with a copy of respondents' amended motion (Doc. 26) to dismiss the petition for writ of habeas corpus.

3. Petitioner shall have thirty (30) days from the date of this order to file any objections to respondents' amended motion (Doc. 26) to dismiss.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge