## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE O. JOHNSON, JR.,** | : | **CIVIL ACTION NO. 1:08-CV-2186** |
| | : | |
| **Petitioner** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **FRANKLIN J. TENNIS,** *et al.*, | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 19th day of October, 2009, upon consideration of *pro se* petitioner's motion (Doc. 59) for reconsideration of the order of court (Doc. 56) dated July 30, 2009, wherein the court denied petitioner's third motion to strike respondents' pleadings for alleged fraud and perjury, and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotniki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion (Doc. 59) for reconsideration is DENIED.


     S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge